# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 24CR0603-H |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| MARA LARA, | ) ) | |
| Defendant. | ) ) ) | |

On May 6, 2024, the defense filed a Motion to Suppress Statements (Doc. No. 18). In response, on May 7, 2024, the government filed a Motion to Continue the Motion Hearing/Trial Setting (Doc. No. 19) scheduled for May 20, 2024.

Accordingly, the defense shall file a written response no later than May 17, 2024.

IT IS SO ORDERED.

Dated: May 9, 2024

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE