# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 24CR603-H |
|---|---|
| Plaintiff, | **ORDER TO SHORTEN TIME** |
| v. | |
| MARIA LARA, | |
| Defendants | |

Upon application of the Government and for good cause shown and in the interests of justice given the overall record in the case,

IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting in this case be continued from May 20, 2024 to **June 3, 2024** and the time for filing of the United States' Response to Defendant's Motion to Suppress be shortened from May 14, 2024 to **May 27, 2024**.

Pending pretrial motions are on file that require a hearing before the Court. Accordingly, the Court continues the pretrial motions to the new hearing date and finds valid excludable time under the Speedy Trial Act.

SO ORDERED

DATED:  May 14, 2024

_____
HONORABLE MARILYN L. HUFF
United States District Judge